UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDUL A. ROZIER, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>OLME.US, LLC, d/b/a DUTCH EXPRESS, DUTCH EXPRESS INC, d/b/a DUTCH EXPRESS, DUTCH EXPRESS, LLC, d/b/a DUTCH EXPRESS, DUTCH EXPRESS II, LLC, d/b/a DUTCH EXPRESS, MARCUS HOED, ARIELLA AZOGUI, AVIV SISO, JOHN DOE 1-5, and COMPANY ABC 1-5<br><br>       Defendants. | CIVIL ACTION<br><br>Case No.: 1:20-cv-548<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      The undersigned counsel for the Plaintiff hereby voluntarily dismisses the above action and does so ***without* prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 17, 2020                ___/s/ Heng Wang_____
       New York, NY                        **HENG WANG & ASSOCIATES, P.C.**
                                                   By: Heng Wang, Esq.
                                                     305 Broadway, Suite 1000
                                                     New York, NY 10007
                                                     (212) 203 – 5231
                                                     *Attorney for Plaintiff*